UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-062-WFN |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR RECONSIDERATION |
| v. | ) ) | |
| AMANDA WAYNE MACKLIN, | ) ) | ☑ Motion Granted |
| Defendant. | ) ) | **(ECF No. 37)** |

Before the court is Defendant's Motion for Reconsideration of Order Setting Conditions of Release. The conditions set forth in Judge Imbrogno's Order filed July 31, 2012, are modified as follows:

In lieu of the previously ordered percentage bond, Defendant shall execute an unsecured appearance bond, to be **co-signed by her mother, and great-grandmother** in the amount of Twenty Thousand Dollars ($20,000.00) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

Defendant shall be released at 6:00 PM, September 18, 2012, directly to an ABHS employee and transported to ABHS treatment facility. Defendant shall wear a GPS or EHM unit at all times during inpatient treatment.

In addition, **prior to release from inpatient treatment**, defense counsel shall schedule a status hearing for the purpose of presenting an outpatient treatment program to the court. If Defendant does not have a specific structured outpatient

ORDER SETTING CONDITIONS OF RELEASE  - 1

1  treatment program in place prior to conclusion of inpatient
2  treatment, Defendant automatically will go back into the custody
3  of the U.S. Marshal.
4      All other conditions in the Order Setting Conditions of
5  Release filed July 31, 2012, shall remain.
6      DATED: September 17, 2012.

                            s/James P. Hutton
                            JAMES P. HUTTON
                            UNITED STATES MAGISTRATE JUDGE

ORDER SETTING CONDITIONS OF RELEASE  - 2