PROB 12C
(7/93)

Report Date: December 9, 2013

FILED IN THE
U S DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 10 2013

SEAN F. McAVOY CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Wayne Macklin   Case Number: 2:12CR00062-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 27, 2013

| | | |
|---|---|---|
| Original Offense: | Unlawful Possession and Barter and Disposal of Stolen Firearms, 18 U.S.C. §§ 922(j) and 924(a)(2) | |
| Original Sentence: | Prison 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: October 10, 2013 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: October 9, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Amanda Wayne Macklin failed to notify her assigned probation officer at least 10 days prior to any change in employment. On December 6, 2013, U.S. probation officer Halvorson established collateral contact with the employer. At that time, the U.S. probation officer verified that the offender had not worked for approximately 1 month at her place of employment. |
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Amanda Wayne Macklin violated her conditions of supervised release in Seattle, Washington, on November 7 and 25, and December 4 and 5, 2013, by failing to report for urinalysis testing. According to U.S. probation officer Halvorson, in the Western District of Washington, the offender failed to appear for urinalysis testing on the |

Prob12C
Re: Macklin, Amanda Wayne
December 9, 2013
Page 2

above-referenced dates when directed to do so. It appears that the offender corresponded with the assigned U.S. probation officer via text message on December 4, 2013, at approximately 12:05 a.m. It is noted, the offender did not appear in the probation office for testing as directed.

3   **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Amanda Wayne Macklin violated conditions of supervision in Seattle, Washington, on December 6, 2013, by failing to appear in the U.S. Probation Office as directed. The offender was directed on multiple occasions to appear in the office to meet with her assigned U.S. probation officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/09/2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/10/13
Date