PROB 12C
(7/93)

Report Date: January 22, 2014

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 23 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Wayne Macklin        Case Number: 2:12CR00062-001

Address of Offender: ████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 27, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Unlawful Possession and Barter and Disposal of Stolen Firearms, 18 U.S.C. §§ 922(j) and 924(a)(2) | | |
| Original Sentence: | Prison 18 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | October 10, 2013 |
| Defense Attorney: | Jaime Hawk | Date Supervision Expires: | October 9, 2016 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/10/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Numbers | Nature of Noncompliance |
|---|---|
| 4 - 8 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Amanda Macklin violated the conditions of her supervised release by being named as a person of interest in two separate burglaries, two vehicle prowls and stealing a vehicle. |
| | On December 28, 2013, Amanda Macklin was arrested by Spokane police officers. According to Spokane Police Department incident report number **13-431578**, the offender, along with two other accomplices, to include her sister, Jordan Newkirk, broke into a residence and were subsequently discovered upon return by the homeowners. It is noted, one of the alleged victims was an 84-year-old female. Fortunately, her adult daughter discovered the offender, and others, fleeing from the house on the noted date. Eventually, law enforcement officers tracked the offender and her accomplices to an address on North Madison Street in Spokane, Washington. Credible evidence showed that the residence belonged to the offender's sister, Jordan Newkirk. Once law enforcement officers secured a warrant to search the premises, stolen property was found from a number of burglaries and vehicle prowls throughout the State of Washington. |

Prob12C
Re: Macklin, Amanda Wayne
January 22, 2014
Page 2

During the above-referenced arrest activity, Amanda Macklin was searched. Law enforcement officers found a Washington State driver's license belonging to another individual. The alleged victim of the theft filed an incident report, number **13-414459**, with Spokane Police Department after her vehicle was broken into on or about December 12, 2013. At that time, she reported that, between 1550 and 1557 hours, her vehicle had been prowled. Her vehicle was parked in the parking lot of a KinderCare day care center on that date. The vehicle was entered through a driver's side window that had been smashed. The items listed that had been stolen included her debit card, purse, wallet, and various other items. Immediately after the vehicle was prowled, the suspects withdrew $900 from her account at Wells Fargo Bank. The investigation into this matter is ongoing. The victim mentioned that she has been working with Spokane County detectives in reference to this incident. It is noted, her possessions were found inside of the residence on North Madison Street in Spokane, Washington.

According to Spokane Police Department incident report number **13-431591**, Amanda Macklin along with two other accomplices, to include her sister, Jordan Newkirk, were identified as individuals that were attempting to break into a home located at West Bruce in Spokane, Washington. The victim was able to describe the vehicle and the above-mentioned individuals as suspects. It is noted, this alleged burglary occurred approximately 5 minutes earlier and about 5 blocks from the last known burglarized location. As previously mentioned, all three individuals were apprehended on December 28, 2013.

According to Spokane Police Department incident report number **13-405473**, Amanda Macklin was described as the main suspect following a complaint, filed by a concerned citizen, relative to a suspicious vehicle that had been parked in front of his home for approximately 5 days. Law enforcement officers identified the vehicle as having been rented by Amanda Macklin, in Bellingham, Washington, in early December 2013.

According to law enforcement, the vehicle was reported stolen on December 19, 2013, by Enterprise Rentals. Apparently, the Bellingham Police Department took the vehicle theft report, which identified Ms. Macklin as the person who rented the car. The vehicle was towed by Evergreen State Towing at the behest of law enforcement. A search of the vehicle unveiled the following: a pearl necklace, a driver's license not belonging to the defendant was located under the front passenger seat, and multiple purses which contained several additional items belonging to the owner of the driver's license.

Eventually, law enforcement officers located the victim, who had previously reported a vehicle prowling on December 4, 2013, Spokane Police Department incident report number **13-405473**. That report contained information relative to her purse, bank cards, and other items that were stolen from her vehicle. It is noted, the victim told law enforcement officers that she had received an apology letter from "Santa Claus," which contained most of her credit cards. Spokane police officers concluded that the alleged victim and Amanda Macklin looked similar, and that Ms. Macklin would be able to pass as the victim. Spokane police officers interviewed her at home where she showed them a letter which was addressed from "Apology, Washington," on "Santa Claus Lane." The letter contained some of the reported missing items to include her children's social security and medical cards.

The victim confirmed the following items as being stolen: credit cards from Marshals, JC Penny's, American Express, Capitol One, Chase Manhattan credit card, and Spokane Teachers Credit Union credit and debit cards. She also verified that some of the above-mentioned cards, were used fraudulently for purchases and/or cash. Spokane police officers

confirmed that the letter sent to the victim was from Christmas Tree Lane, in Apology, Washington, 99006. It is noted that law enforcement officers continue to work with merchants in the Spokane, Washington, area to review surveillance video of the suspect pawning items.

According to Spokane Police Department incident report number **13-431578,** an item seized during a search conducted by law enforcement officers on December 28, 2013, at the North Madison Street address in Spokane, Washington, was stolen from a residence in Federal Way, Washington. According to Federal Way Police Department incident number 13-14670, an Xbox 360 was stolen during a residential burglary at a home on 31st Place SW in Federal Way, Washington. It is noted in the referenced report that the Xbox 360 was discovered at the North Madison Street address in Spokane, Washington, when the offender was arrested.

9   **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Amanda Macklin violated her supervised release in Spokane, Washington, on December 28, 2013, by associating with Jordan Newkirk and Daryl Ford, individuals engaged in criminal activity. As previously mentioned, all three individuals were arrested for the above-referenced crimes.

The United States Probation Officer respectfully recommends that the Court incorporate the referenced allegations with the previously reported violations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/22/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

1/23/14
Date