PROB 12C
(7/93)

Report Date: February 21, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Wayne Macklin           Case Number: 2:12CR00062-001

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 27, 2013

Original Offense:   Unlawful Possession and Barter and Disposal of Stolen Firearms, 18 U.S.C. § 922(j) and 924(a)(2)

Original Sentence:   Prison 18 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Earl A. Hicks              Date Supervision Commenced: October 10, 2013

Defense Attorney:      Jaime Hawk                 Date Supervision Expires: October 9, 2016

---

### PETITIONING THE COURT

   **To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/10/2013 and 01/22/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

   10    **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

         **Supporting Evidence**: Amanda Macklin violated the conditions of her supervised release in Seattle, Washington, by leaving the Western District of Washington, where she was residing, without prior permission from her supervising probation officer. It was later determined that she absconded from supervision in approximately October 2013.

   11    **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

         **Supporting Evidence**: Amanda Macklin violated the conditions of her supervised release by failing to notify her assigned probation officer at least 10 days prior to any change in her residence.  On December 12, 2013, U.S. probation officer Jamie Halvorson established contact with Sherry Ford, the owner of the home where Ms. Macklin had been residing.  At that time, Ms. Ford informed USPO Halvorson that she had kicked Amanda Macklin out of the home in late October 2013, and denied knowing where Ms. Macklin was residing.

Prob12C
**Re: Macklin, Amanda Wayne**
**February 21, 2014**
Page 2

| | |
|---|---|
| 12 | **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |

**Supporting Evidence**: Amanda Macklin violated the conditions of her supervised release by failing to contact her supervising probation officer within 72 hours of her arrest on December 28, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/21/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

2/21/14
Date